GERTRUDE J. HINE, Appellant, Respondent, v. F. WORTHINGTON HINE, Respondent, Appellant.— Order modified by increasing the provision for alimony to $750 a month, and as so modified affirmed, with ten dollars costs and disbursements

to appellant, respondent. No opinion. Kapper, Hagarty, Seeger and Scudder, JJ., concur; Lazansky, P. J., dissents and votes to affirm.